MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
opiea@gtlaw.com
*Counsel for Plaintiff*
*WMCV PHASE 3, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> YU SHAN CO. U.S.A., LTD., <br><br> Defendant. | Case No.: 2:17-cv-03053-GMN-VCF |

## **SUBSTITUTION OF COUNSEL**

Plaintiff, WMCV PHASE 3, LLC ("Plaintiff"), hereby substitutes Mark E. Ferrario, Esq. and Alayne M. Opie, Esq., of the law firm of GREENBERG TRAURIG, LLP, as its attorneys of record in this action in place and stead of Jonathan Lipshie, Esq., of the law firm of PINKS ARBEIT & NEMETH.

///

///

///

///

1

Copies of all future pleadings, orders, notices and records should be served upon Mark E. Ferrario, Esq. and Alayne M. Opie, Esq., of the law firm of GREENBERG TRAURIG, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169, telephone number (702) 792-3773, facsimile number (702) 792-9002, email addresses ferrariom@gtlaw.com and opiea@gtlaw.com.

Dated this 16th day of January, 2018.

WMCV PHASE 3, LLC

_____

PINKS ARBEIT & NEMETH hereby consent to the above and foregoing substitution.

Dated this \_\_\_\_\_ day of January, 2018.

PINKS, ARBEIT & NEMETH

_____
Jonathan Lipshie, Esq.
140 Fell Court, Suite 303
Hauppage, NY 11788
(631) 234-4400

GREENBERG TRAURIG, LLP accepts the above substitution.

Dated this \_\_\_\_\_ day of January, 2018.

GREENBERG TRAURIG, LLP

_____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
3773 Howard Hughes Pkwy., Suite 400 N
Las Vegas, NV 89169

LV 421046336v1

Copies of all future pleadings, orders, notices and records should be served upon Mark E. Ferrario, Esq. and Alayne M. Opie, Esq., of the law firm of GREENBERG TRAURIG, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169, telephone number (702) 792-3773, facsimile number (702) 792-9002, email addresses ferrariom@gtlaw.com and opiea@gtlaw.com.

Dated this ____ day of January, 2018.

WMCV PHASE 3, LLC

_____

PINKS ARBEIT & NEMETH hereby consent to the above and foregoing substitution.

Dated this 17th day of January, 2018.

PINKS, ARBEIT & NEMETH

*(signature)*

Jonathan Lipshie, Esq.
140 Fell Court, Suite 303
Hauppage, NY 11788
(631) 234-4400

GREENBERG TRAURIG, LLP accepts the above substitution.

Dated this 17th day of January, 2018.

GREENBERG TRAURIG, LLP

*(signature)*

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
3773 Howard Hughes Pkwy., Suite 400 N
Las Vegas, NV 89169

IT IS SO ORDERED.

*(signature)*

UNITED STATES MAGISTRATE JUDGE
DATED: 1-17-2018

2

LV 421046336v1