**STIP**
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails: ferrariom@gtlaw.com
opiea@gtlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3 SPE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> YU SHAN CO. U.S.A., LTD., <br><br> Defendant. | Case No.: 2:17-cv-03053-GMN-VCF <br><br> **STIPULATION AND ORDER TO AMEND CAPTION** |

Plaintiff WMCV Phase 3, LLC ("WMCV") and Defendant Yu Shan Co., U.S.A., Ltd. ("Yu Shan"), by and through their counsel of record, for good cause shown, hereby stipulate as follows:

1. On or about October 31, 2016, WMCV Phase 3, LLC fully granted, assigned, transferred, conveyed and delivered to WMCV Phase 3 SPE, LLC, all of its title and interest in Building C, located at 455 S. Grand Central Parkway, Las Vegas, Nevada, including, but not limited to, all title and interest to the Lease Agreements between WMCV Phase 3, LLC and Yu Shan that are the subject matter of this lawsuit.

2. WMCV Phase 3 SPE, LLC, as WMCV Phase 3, LLC's successor-in-interest, shall be substituted in as Plaintiff in place and stead of WMCV Phase 3, LLC.

3. All references to WMCV Phase 3, LLC shall mean WMCV Phase 3 SPE, LLC, even where not specifically stated.

4.   The corrected caption, as noted above, shall become effective immediately upon the Court approving this Stipulation and [Proposed] Order to Amend Caption.

Dated this 21st day of June, 2018.

GREENBERG TRAURIG, LLP

/s/ Alayne M. Opie
MARK E. FERRARIO, ESQ (NV Bar 1625)
ALAYNE M. OPIE (Nevada Bar 12623)
3773 Howard Hughes Pkwy., Suite 400 N
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

Dated this 21st day of June, 2018.

MICHAEL B. LEE, P.C.

/s/ Michael B. Lee
MICHAEL B. LEE (NV Bar 10122)
1820 E. Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
*Attorneys for Defendant*

IT IS HEREBY ORDERED that WMCV Phase 3 SPE, LLC is substituted in as Plaintiff, in place and stead of WMCV Phase 3, LLC.

Dated this  25th  day of June, 2018.

Cam Ferenbach
United States Magistrate Judge

LV 421163249v1