MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
MICHAEL B. LEE, P.C.
1820 E. Sahara Avenue, Ste. 110
Las Vegas, Nevada 89104
Telephone:   (702) 477-7030
Facsimile:    (702) 477-0096
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 3 SPE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YU SHAN CO. U.S.A., LTD.,<br><br>Defendant. | Case No: 2:17-cv-03053-GMN-VCF<br><br>**JOINT STATUS REPORT, REQUEST FOR STATUS CHECK, AND ORDER SETTING STATUS CHECK** |

## JOINT STATUS REPORT

Plaintiff WMCV PHASE 3 SPE, LLC ("Plaintiff" or "WMCV"), appearing by and through its attorneys, GREENBERG TRAURIG, LLP, and Defendant YU SHAN CO U.S.A. LTD. ("Yu Shan" or "Defendant"), appearing by and through its attorney of record, MICHAEL B. LEE, PC, hereby submit their Joint Status Report.

**I.   ANTICIPATED MOTIONS AND/OR OTHER MATTERS WHICH REQUIRE THE ATTENTION OF THIS COURT.**

**Stipulation and Order to Dismiss Pursuant to Settlement Agreement**

On or about January 31, 2017, Plaintiff filed this action in the United States District Court, Eastern District of New York. Pursuant to stipulation and order, the case was subsequently transferred to this Honorable Court. As such, Plaintiff retained local counsel, GREENBERG TRAURIG, LLP, who substituted into the case on or about January 17, 2018. Similarly, Yu Shan retained local counsel, MICHAEL B. LEE, PC, who substituted into the case on or about March 14, 2018. Since substituting into the case, both Plaintiff's and Yu Shan's counsel worked diligently in attempting to settle Plaintiff's claims against Yu Shan. Discovery was propounded by Yu Shan to Plaintiff on or about April 9, 2018, which were responded to by

Plaintiff on or about May 18, 2018. Additionally, on or about May 24, 2018, Plaintiff propounded discovery requests to Yu Shan. However, Yu Shan is yet to provide responses, as Plaintiff gave Yu Shan an open extension to respond as they tried to work toward settlement of this matter.

As of the filing of this Joint Status Report, the parties have tentatively resolved and settled this matter.. Plaintiff and Yu Shan have agreed to the material terms of the settlement agreement and are actively working on finalizing settlement documents. The settlement agreement is confidential, but Defendant Yu Shan agreed to provide a confession of judgment in the event of a breach of the settlement agreement. Plaintiff will hold the confession of judgment unless there is a breach, subject to the terms of the settlement agreement.

**II. STATEMENT BY COUNSEL OF ACTION REQUIRED TO BE TAKEN BY THIS COURT.**

The Parties anticipate finalizing and executing the settlement documents, including a stipulation and proposed order to dismiss this action, in short order. The Parties mutually request a status check be set in 60 days. Before the expiration of 60 days, the Parties will either submit the executed stipulation and proposed order dismissing this action for the Court's consideration, or submit a subsequent joint status report advising this Court of the status of the matter. .

**III. LIST OF ATTACHMENTS**

None.

| | |
|---|---|
| DATED this 20 of July, 2018. | DATED this 20 of July, 2018. |
| MICHAEL B. LEE, P.C. | GREENBERG TRAURIG, LLP |
| /s/ Michael Lee | /s/ Alayne Opie |
| MICHAEL B. LEE, ESQ. (NSB 10122) | MARK E. FERRARIO, ESQ (NV Bar 1625) |
| 1820 E. Sahara Ave. Ste. 110 | ALAYNE M. OPIE (Nevada Bar 12623) |
| Las Vegas, Nevada 89104 | 3773 Howard Hughes Pkwy., Suite 400 N |
| Telephone: (702) 477-7030 | Las Vegas, Nevada 89169 |
| Facsimile: (702) 477-0096 | *Attorneys for Plaintiff* |
| mike@mblnv.com | *WMCV PHASE 3 SPE, LLC* |
| *Attorney for Defendant* | |
| *Yu Shan Co. U.S.A. LTD.* | |

IT IS HEREBY ORDERED that the Parties shall submit the executed stipulation and proposed order dismissing this action for the Court's consideration on or before September 17, 2018. Alternatively, the Parties shall submit a subsequent status report on or before September 17, 2018.

Dated this 20th day of July, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted,

MICHAEL B. LEE, P.C.

/s/ Michael Lee
MICHAEL B. LEE, ESQ. (NSB 10122)
1820 E. Sahara Ave. Ste. 110
Las Vegas, Nevada 89104
Telephone: (702) 477-7030
Facsimile: (702) 477-0096
mike@mblnv.com
*Attorney for Defendant*
*Yu Shan Co. U.S.A. LTD.*